UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIDNEY McBRIDE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-712** |
| **SHERIFF TIM SOIGNET, ET AL.** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim that he was disrespected by a jail nurse is dismissed without prejudice to its prosecution in <u>Sidney McBride, III v. Sheriff Tim Soignet, *et al.*</u>, Civ. Action No. 21-525 "A"(3) (E.D. La.).

**IT IS FURTHER ORDERED** that plaintiff's claim that he was falsely charged with a disciplinary infraction is dismissed with prejudice to its being asserted again until the <u>Heck</u> conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims are dismissed with prejudice as frivolous and/or for failing to state a claim upon which relief may be granted.

November 15, 2021

_____
UNITED STATES DISTRICT JUDGE